1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  STEPHEN B. HARRELL,                    )        NO. CV 08-0292 SJO (FMO)
                                           )
12                    Petitioner,          )
                                           )
13            v.                           )        **JUDGMENT**
                                           )
14  L. HENSE, Warden,                      )
                                           )
15                    Respondent.          )
                                           )
16  ─────────────────────────────────      )

17          IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

18

19  DATED:  February 18, 2009

20

21                                                  _____
                                                            S. JAMES OTERO
22                                                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28